ACCEPTED
03-14-00665-CV
4795733
THIRD COURT OF APPEALS
AUSTIN, TEXAS
4/7/2015 4:14:38 PM
JEFFREY D. KYLE
CLERK

**Case No. 03-14-00665-CV**

_____

IN THE COURT OF APPEALS FOR THE
THIRD JUDICIAL DISTRICT
AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
4/7/2015 4:14:38 PM
JEFFREY D. KYLE
Clerk

_____

ERIC DRAKE

*Plaintiff - Appellant,*

**vs.**

KASTL LAW FIRM P.C., ET. AL.

*Defendants - Appellees.*

_____

On Appeal from the 200th District Court, Travis County
Case No. D-1-GN-14-001215

_____

## REPLY BRIEF FOR APPELLEE'S MOTION TO STRIKE

TO THE HONORABLE COURT OF APPEALS:

COMES NOW SEANA WILLING, Appellee herein, and files this Motion to Strike Appellant's Brief, and would respectfully show this Court the following:

In her Motion to Strike, Appellee Seana Willing ("Ms. Wiling") demonstrated to the Court that despite this Court's previous order, Appellant's brief exceeded the word count and should be struck for violating TEX. R. APP. P. 9.4(i)(2)(B).

On or about April 6, 2015, Eric Drake ("Appellant") responded. In his response, Appellant argues that it is difficult to count words. Nevertheless, this is an obligation that all parties need to meet. TEX. R. APP. P. 9.4(i)(2)(B).

Appellant also argues that he excluded from the word count items excluded under TEX. R. APP. P. 9.4(i)(1). Appellant for the first time tells this Court that his "Statement of Facts" is not a statement of facts, as is required of an Appellant's Brief. TEX. R. APP. P. 38.1(g). Instead, Appellant has wholly omitted the required Statement of Facts, and has instead characterized it as a "statement of procedural history." (Appellant's Response, page 2). There are three problems with Appellant's arguments. First, while Appellant recounts filings made, this is not simply a statement of procedural history, but is in fact argument. *See, e.g.,* Appellant's Brief, page 8, alleging, with no support from the record, that: "Assistant attorney general Scot Graydon quarterbacked getting an order signed[1] to deny the Appellant's motion to compel…" Appellant cannot avoid the word limits of a brief by repackaging his argument and suggesting it is a statement of procedural history. Second, even if Appellant's suggestion is considered accurate by this Court, and pages 6-13 are excluded from the word count, Appellant has *still* exceeded the maximum word count, simply by a smaller margin. Third, if Appellant has wholly

---

[1] Appellant's argument on page 8 is contradicted by his allegations on page 36, in which he alleges that Judge "Meachum knew that Kastl was trying to get an order signed on the day of Appellant's compel hearing…" (Appellant's Brief, page 36) (emphasis added).

failed to present a Statement of Facts as required, his Brief should be struck on that basis, as it does not comply with TEX. R. APP. P. 38.1(g). Any attempt to add a Statement of Facts would only further exceed the already exceeded word-count for Appellant's Brief.

Next, Appellant argues that Ms. Willing's attempt to confer was inadequate, because only one letter was sent to attempt to confer. Appellant cites no authority to support his position. More significantly, Appellant's argument suggests that he may simply not pick up his mail and argue that written conferring is inadequate. In reality, Appellant was sent the written request to confer on March 10, 2015, and it arrived in his mail on March 11, 2015. (Exhibit C[2]). This attempt to confer then sat in Appellant' mailbox for an additional 16 days, during which Appellant either did not pick up his mail, or refused to sign for this particular mailing. (Exhibit C). After 16 days in which Appellant simply did not pick up this mail, the letter was returned to Ms. Willing, marked "Unclaimed" by Appellant. (Exhibit D, page 5). Appellant cannot simply refuse to receive communications and then argue that inadequate attempts were made.

Appellant's remaining arguments are in relation to a Motion for Sanctions, and will be addressed in another pleading. For the purposes of this Reply, the only

---

[2] For the purpose of clarity, Exhibits C and D are attached to this pleading, following Exhibits A and B, which were filed with the original Motion to Strike.

relevant matter is that Appellant's remaining arguments are all predicated on Ms. Willing not filing her brief by April 1, 2015, despite the fact that she did so. Accordingly, Appellant's argument has no basis in fact or law.

Finally, Appellant responds to Ms. Willing's Advisory to the Court regarding his attempts to insert documents into the record which were not filed before the Trial Court, nor received by Ms. Willing. Appellant states "this is the first time that the Appellant has heard" that Ms. Willing has not received the documents he presented. This was the first time Ms. Willing had to inform the court that she had never received the documents. It was in response to the first time Appellant ever showed such documents to her. Appellant does not address the internal inconsistencies that cast doubt on the authenticity of his documents.

Under ordinary circumstances, a procedural defect might be allowed to be cured by Appellant. In this particular instance, Ms. Willing asks this Court to consider the following and determine that Appellant has acted in bad faith and should not be allowed to cure his defect: Appellant presented a false word count, with actual awareness that this Court denied his request to exceed the word count, in addition to the numerous examples of bad faith in litigating this matter that Ms. Willing identified previously in her Motion to Strike, and which Appellant does not deny.

In light of his knowing misrepresentation, Ms. Willing asks that Appellant's Brief be stricken from the record, and that the determination of the Trial Court,

finding Eric Drake to be a vexatious litigant, be affirmed. TEX. R. APP. P. 9.4(k)

(court may strike a document prepared in a manner to avoid the limits of Rule 9.4).

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

JAMES E. DAVIS
Deputy Attorney General for Defense
Litigation

ANGELA V. COLMENERO
Chief–General Litigation Division


/s/ Scot M. Graydon
Scot M. Graydon
Assistant Attorney General
State Bar No. 24002175
Office of the Attorney General
P.O. Box 12548
Austin, Texas  78711-2548
(512) 463-2120
(512) 320-0667 - facsimile

*ATTORNEYS FOR APPELLEE SEANA
WILLING*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was sent via *regular mail* and *certified mail, return receipt requested* on April 7, 2015 to:

Eric Drake
PO Box 833688
Richardson, Texas 75083
*Pro Se* Appellant

/s/ Scot M. Graydon
**Scot M. Graydon**
Assistant Attorney General



## USPS Tracking™


**Customer Service ›**
**Have questions? We're here to help.**

**Tracking Number:** **EI063313274US**

**Updated Delivery Day:** **Monday, March 30, 2015**
**Scheduled Delivery Day: Wednesday, March 11, 2015, 12:00 pm**
**Money Back Guarantee**
**Signed for By: C PENDER  //  AUSTIN,  TX  78711 //  10:06 am**

## Product & Tracking Information

### Available Actions

| Postal Product: | Extra Svc: | |
|---|---|---|
| Priority Mail Express 1-Day™ | PO to Addressee | Up to $100 insurance included Restrictions Apply |

**Proof of Delivery**

**Text Updates**

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| **March 30, 2015 , 10:06 am** | **Delivered** | **AUSTIN, TX 78711** |

**Email Updates**

Your item was delivered at 10:06 am on March 30, 2015 in AUSTIN, TX 78711 to ATTY GENERAL 12548. The item was signed for by C PENDER.

| | | |
|---|---|---|
| March 30, 2015 , 8:58 am | Available for Pickup | AUSTIN, TX 78711 |
| March 30, 2015 , 8:25 am | Arrived at Post Office | AUSTIN, TX 78711 |
| March 28, 2015 , 10:25 am | Available for Pickup | AUSTIN, TX 78711 |
| March 28, 2015 , 6:42 am | Arrived at USPS Facility | AUSTIN, TX 78710 |
| March 27, 2015 , 7:01 pm | Arrived at USPS Origin Facility | COPPELL, TX 75099 |
| March 27, 2015 , 5:52 pm | Arrived at USPS Origin Facility | RICHARDSON, TX 75080 |

## EXHIBIT C

| DATE & TIME | STATUS OF ITEM | LOCATION |
|---|---|---|
| March 27, 2015 , 5:50 pm | Picked Up | RICHARDSON, TX 75080 |
| March 27, 2015 , 3:55 pm | Unclaimed | RICHARDSON, TX 75080 |
| March 11, 2015 , 11:39 am | Available for Pickup | RICHARDSON, TX 75080 |
| March 11, 2015 , 11:35 am | Arrived at Post Office | RICHARDSON, TX 75080 |
| March 11, 2015 , 6:45 am | Arrived at USPS Origin Facility | COPPELL, TX 75099 |
| March 10, 2015 , 9:22 pm | Departed USPS Facility | AUSTIN, TX 78710 |
| March 10, 2015 , 6:58 pm | Arrived at USPS Facility | AUSTIN, TX 78710 |
| March 10, 2015 , 5:42 pm | Departed Post Office | AUSTIN, TX 78701 |
| March 10, 2015 , 3:41 pm | Acceptance | AUSTIN, TX 78701 |

## Track Another Package

**Tracking (or receipt) number**

Track It

**HELPFUL LINKS**
Contact Us
Site Index
FAQs

**ON ABOUT.USPS.COM**
About USPS Home
Newsroom
USPS Service Updates
Forms & Publications
Government Services
Careers

**OTHER USPS SITES**
Business Customer Gateway
Postal Inspectors
Inspector General
Postal Explorer
National Postal Museum
Resources for Developers

**LEGAL INFORMATION**
Privacy Policy
Terms of Use
FOIA
No FEAR Act EEO Data

Copyright © 2015 USPS. All Rights Reserved.

Search or Enter a Tracking Number



**SCOT M. GRAYDON**
Assistant Attorney General
General Litigation Division

PHONE: (512) 463-2120
FAX: (512) 320-0667

March 10, 2015

***VIA EXPRESS MAIL, and***
***U.S. First Class Mail***

Eric Drake
PO Box 833688
Richardson, Texas 75083

      Re:    *Eric Drake v. Kastl Law, P.C., et. al.*
              Case No. 03-14-00665-CV
              Court of Appeals, Third District of Texas

Mr. Drake

      I write to confer with you on a motion I plan to file, asking the court to strike your Appellant's Brief for exceeding the length of a brief under the Texas Rules of Appellate Procedure.

      I assume you oppose such a motion, but I am nevertheless writing to confirm this. Please advise me, no later than Friday, March 13, 2015, if you are opposed or unopposed to such a motion. If I do not receive your response by the close of business that day, I will include in my certificate of conference that you are presumed opposed.

                         Sincerely,

                         **SCOT M. GRAYDON**
                         Assistant Attorney General
                         General Litigation Division
                         (512)463-2120
                         (512)320-0667 Facsimile

# EXHIBIT D

**EI 063313274 US**

# EXPRESS MAIL
UNITED STATES POSTAL SERVICE ®

## Post Office To Addressee

### ORIGIN (POSTAL SERVICE USE ONLY)

| PO ZIP Code | Day of Delivery | Postage |
|---|---|---|
| 75711 | ☑ Next ☐ 2nd ☐ 2nd Del. Day | $ 15.99 |
| **Date Accepted** | Scheduled Date of Delivery | Return Receipt Fee |
| Mo. 3 Day 10 Year 15 | Month 3 Day 11 | $ |
| **Time Accepted** | Scheduled Time of Delivery | COD Fee | Insurance Fee |
| 15 11 ☐AM ☑PM | ☑ Noon ☐ 3 PM | $ | $ |
| Flat Rate ☑ or Weight | Military | Total Postage & Fees |
| lbs. 2 ozs. | ☐ 2nd Day ☐ 3rd Day | $ 19.99 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials |

**FROM:** (PLEASE PRINT)  PHONE ( 512 ) 463-2120

Scot M. Graydon
PO Box 12548
Capital Station, MC 019
Austin, TX 78711-2548

### FOR PICKUP OR TRACKING
Visit **www.usps.com**
Call **1-800-222-1811**

≡EMS≡

### DELIVERY (POSTAL USE ONLY)

| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
|---|---|---|---|
| Mo.        Day | | | |
| Delivery Attempt | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.        Day | | | |
| Delivery Date | Time | ☐ AM ☐ PM | Employee Signature |
| Mo.        Day | | | |

### CUSTOMER USE ONLY

**PAYMENT BY ACCOUNT**
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or
Postal Service Acct. No.

☐ **WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

☐ **NO DELIVERY** ☐
Weekend      Holiday      Mailer Signature

**TO:** (PLEASE PRINT)      PHONE (          )

Eric Drake
PO Box 833688
Richardson, TX

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)

7 5 0 8 3 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

Order stamps at usps.com/shop or call 1-800-Stamp24. Go to usps.com/clicknship to print shipping labels with postage. For other information call 1-800-ASK-USPS.
*********************************
*********************************
Get your mail when and where you want it with a secure Post Office Box. Sign up for a box online at usps.com/poboxes.
*********************************
*********************************


Bill#:1000302181689
Clerk:19

All sales final on stamps and postage
Refunds for guaranteed services only
Thank you for your business

------------------------------------

HELP US SERVE YOU BETTER

TELL US ABOUT YOUR RECENT
POSTAL EXPERIENCE


Go to:
https://postalexperience.com/Pos


Or scan this code with your mobile
device.




YOUR OPINION COUNTS

------------------------------------

Customer Copy

========================================
CAPITOL STATION
AUSTIN, Texas
787019997
4879830132-0097
03/10/2015 (800)275-8777 03:43:06 PM
========================================

======== Sales Receipt ========

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| ~~ RICHARDSON TX 75083-3688 | | | $19.99 |

Zone-3
Priority Mail Express 1-Day
Flat Rate Env
 1.70 oz.
USPS Tracking #:
EI063313274US
Scheduled Delivery Day: Wed
03/11/15 12:00PM - Money Back
Guarantee
Includes $100 insurance

Signature Requested
Customer Postage                -$19.99
 Subtotal:                        $0.00
                               ========
Issue Postage:                    $0.00

                             ==========
Total:                            $0.00

Paid by:
*********************************
*********************************
BRIGHTEN SOMEONE'S MAILBOX. Greeting cards available for purchase at select Post Offices.
*********************************
*********************************


In a hurry? Self-service kiosks offer quick and easy check-out. Any Retail Associate can show you how.

~~ Save this receipt as evidence of insurance. For information on filing an insurance claim go to usps.com/ship/file-domestic-claims.htm

EI063313274US

DRAKE
Ltr, dated 3/10/15



# EXPRESS MAIL
## UNITED STATES POSTAL SERVICE

# Flat Rate
# Mailing Envelope
### For Domestic and International Use
### Visit us at usps.com



$0.00
00020535-19

1007

EI 063313274 US

## EXPRESS MAIL
UNITED STATES POSTAL SERVICE

### Mailing Label
Label 11-B, March 2004

### Post Office To Addressee

RECEIVED IN
MAIL CENTER
MAR 13 2010
OFFICE OF THE
ATTORNEY GENERAL

**ORIGIN (POSTAL SERVICE USE ONLY)**

PO ZIP Code: 78711

Day of Delivery: ☒ Next ☐ 2nd ☐ 2nd Del. Day

Postage: $ 19.99

Date Accepted
Mo. 3 Day 10 Year 15

Scheduled Date of Delivery
Month 3 Day 11

Return Receipt Fee: $

Time Accepted: 1541 ☐ AM ☒ PM

Scheduled Time of Delivery: ☒ Noon ☐ 3 PM

COD Fee: $    Insurance Fee: $

Military: ☐ 2nd Day ☐ 3rd Day

Total Postage & Fees: $ 19.99

Flat Rate ☒ or Weight
lbs. 2 ozs.

Int'l Alpha Country Code

Acceptance Emp. Initials

**FROM:** (PLEASE PRINT)  PHONE ( 512 ) 463-2120

Scot M. Graydon
PO Box 12548
Capital Station, MC 019
Austin, TX 78711-2548

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811
EMS

**DELIVERY (POSTAL USE ONLY)**

Delivery Attempt: Mo. 3-11 Day    Time ☐ AM ☒ PM    Employee Signature

Delivery Attempt: Mo. Day    Time ☐ AM ☐ PM    Employee Signature

Delivery Date: Mo. Day    Time ☐ AM ☐ PM    Employee Signature

**CUSTOMER USE ONLY**

PAYMENT BY ACCOUNT
Express Mail Corporate Acct. No.

Federal Agency Acct. No. or Postal Service Acct. No.

**WAIVER OF SIGNATURE** (Domestic Mail Only)
Additional merchandise insurance is void if customer requests waiver of signature. I wish delivery to be made without obtaining signature of addressee or addressee's agent (if delivery employee judges that article can be left in secure location) and I authorize that delivery employee's signature constitutes valid proof of delivery.

**NO DELIVERY** ☐ Weekend ☐ Holiday    Mailer Signature

**TO:** (PLEASE PRINT)

EI
P
R

ZIP + 4 (U.S. ADDRESSES ONLY)
7 5

RETURN TO SENDER

☐ UNDELIVERABLE AS ADDRESSED
☐ ATTEMPTED NOT KNOWN
☐ INSUFFICIENT ADDRESS
☐ NO MAIL RECEPTACLE
☐ TEMPORARILY AWAY
☐ NO SUCH NUMBER    ☐ REFUSED
☐ NO SUCH STREET    ☐ VACANT
☐ IN DISPUTE    ☐ ILLEGIBLE
☐ BOX CLOSED    ☒ UNCLAIMED
☐ MLNA - UNABLE TO FORWARD

MAR 28 2015
US POSTAL SERVICE

2d
3/19
Rts 3/25

RECEIVED
MAR 30 2015
TEXAS ATTORNEY GENERAL

cradle to cradle SILVER
USPS packaging products have been awarded Cradle to Cradle Certification for their ecologically-intelligent design. For more information go to mbdc.com/usps
Cradle to Cradle Certified™ is a certification mark of MBDC

Please recycle.

EP13F

082708_EM_EP13F OCT 2008

PRESS HARD. YOU ARE MAKING 3 COPIES.